```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 06689
   HENRIETTA F HALL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-3225


---------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 04/13/2007 and was confirmed 06/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/12/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------
CITIGROUP INC              CURRENT MORTG        .00             .00            .00
GMAC                       SECURED VEHIC        .00             .00            .00
INDYMAC BANK               CURRENT MORTG        .00             .00            .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG        .00             .00            .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE    3210.51             .00        3210.51
ECAST                      UNSECURED        1932.20             .00            .00
ECAST                      UNSECURED        2028.08             .00            .00
ECAST SETTLEMENT CORP      UNSECURED        4162.70             .00            .00
GMAC                       NOTICE ONLY    NOT FILED             .00            .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY    NOT FILED             .00            .00
INDY MAC BANK              NOTICE ONLY    NOT FILED             .00            .00
INDYMAC BANK               SECURED NOT I       .00             .00            .00
GMAC                       UNSECURED      NOT FILED             .00            .00
THOMAS W DREXLER           DEBTOR ATTY      2,274.00                       2,274.00
TOM VAUGHN                 TRUSTEE                                           435.49
DEBTOR REFUND              REFUND                                               .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 5,920.00

PRIORITY                                           .00
SECURED                                       3,210.51
UNSECURED                                          .00
ADMINISTRATIVE                                2,274.00
TRUSTEE COMPENSATION                            435.49
DEBTOR REFUND                                      .00
                       ---------------       ---------------
TOTALS                  5,920.00              5,920.00


              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 06689 HENRIETTA F HALL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/25/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```